1.

UNITED STATES DISTRICT Court
SOUTHERN DISTRICT OF FLORIDA

NEW CASE for
42 U.S.C, SECTION 1983

Charlton Edward LaChase,
Plaintiff

VS.

Federal Detention Center,
Defendant

- Warden - M.K. CARLTON
- Associate Warden Secretary - K. Murphy
- Administrative Remedy Coordinator - D. Turner
- Food Service manager - C. White
- Unit manager - A. LAMB
- Counselor - REID

FILED BY P6 D.C.
JUL 02 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

cat/div 550/1983/MIA
Case # _____
Judge _____ Mag REID
Motn Ifp NO Fee pd $ 0
Receipt # _____

Motion to a New
Case of 42 USC 1983
Civil Rights

Charlton Edward LaChase is currently Incaructed at Federal Detention Center (FDC). He is Deaf and Legally Blind. He filed a federal lawsuit for Discriminate aganist a Disability workplace in Food Service Dept. FDC denied His request being work in Food Service. He filed a starter grievance BP-8 about work in

Food Service. A. LAMB - unit manager responsed it, stated "you can't allow work in Food Service". He Filed an Administrative Remedy Request Bp-9 about Charlton had worked in Food Service Dept at Federal Correction Institution in Jesup GA and Federal Medical Center in ~~Jesup, GA~~ Butner, NC. FDC ~~must~~ Follows the EEOC policy for requiring hire any people with a Disability and seeking remove his restriction work on medical status. before hire Charlton to be work in Food Service Dept at FDC. The Bp-9 never responsed within 20 Days. He Contacted to Education Dept thru email for copies paper about 10 times while BOP Nationwide lockdown for Covid-19. He believed that FDC Miami officals who threw / No response his Bp-9 as avoid his complaint to go way to the regional Director and BOP. They Intentioned to prevent Charlton away of Bp-9 that cause He can't file an appeal Remedy Bp-10 and Bp-11 due FDC threw his remedy in Trash. He Contacted email to Warden and Associate Warden about work in Food Service. They Not responsed in a long time. He Not received Bp-9 as unexhaustion all grievances on BOP Administrative Remedy Program. FDC Intented Discriminated aganist Charlton For Not allowed Deaf Inmate in

3.

Food Service Dept and prevent him away BP-9 as Stop Step without response by Counselor, Unit Manager, Administrative Coordinator, and Warden.

He is seeking an equal workplace and allow Deaf work in any position of Food Service Dept. and FDC Violated the federal American Disabilities Act (ADA) of 1990's policy. He wants FDC officals must follow the BOP's Administrative Remedy program policy.

He request court to grant this New motion case for 42 USC 1983 to start processing.

